**Motion Granted in Part and Denied in Part; Order filed February 6, 2014.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

**NO. 14-12-00755-CV**
**NO. 14-13-00442-CV**
**NO. 14-13-00460-CV**
**NO. 14-13-00462-CV**

———————

**PAUL STEVEN JACOBS, Appellant**

**V.**

**MELISSA ELLEN FIELDS JACOBS, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2011-14576, 2011-14576A, & 2011-14576B**

## ORDER

On August 13, 2012, appellant Paul Jacobs filed a notice of appeal from the judgment signed August 1, 2012, and the appeal was assigned to this court under our appellate number 14-12-00755-CV. On August 1, 2013, this court issued a memorandum opinion affirming the trial court's judgment. Appellant's motion to extend time to file petition for discretionary review was denied by the Texas

Supreme Court, and, on February 3, 2014, this court's mandate issued in cause number 14-12-00755-CV. On May 24, 2013, appellant attempted to appeal a partial summary judgment nunc pro tunc signed in the same trial court cause number. The appeal was assigned to this court under our appellate number 14-13-00460-CV. On October 10, 2013, this court dismissed the appeal for want of jurisdiction. Appellant did not file a motion for rehearing or petition for discretionary review in cause number 14-13-00460-CV.

On May 20, 2013, appellant filed a notice of appeal from the court's judgment signed April 10, 2013, and the appeal was assigned to this court under our appellate number 14-13-00442-CV. On May 24, 2013, appellant filed another notice of appeal from the court's judgment signed April 10, 2013, and the appeal was assigned to this court under our appellate number 14-13-00462-CV.

On January 31, 2014, appellant filed a motion to consolidate all four related appeals. On February 4, 2013, appellee filed a response in which she does not object to the consolidation of the appeals on which this court has not issued an opinion. Appellant's motion is **GRANTED** in part and **DENIED** in part, and we issue the following order:

We order the appeals pending under our appellate case numbers 14-13-00442-CV and 14-13-00462-CV **CONSOLIDATED.** We deny appellant's motion to consolidate with regard to appellate case numbers 14-12-00755-CV and 14-13-00460-CV. The existing filing deadlines in case number 14-13-00462-CV will apply to both cases. Appellant's brief in the consolidated cases is due on or before **February 12, 2014.** No further motions for extension of time for the filing of appellant's brief will be entertained.

PER CURIAM